**IN THE UNITED STATES DISTRICT COURT
FOR THE NORTHERN DISTRICT OF OHIO
EASTERN DIVISION**

| | | |
|---|---|---|
| **UNITED STATES OF AMERICA,** | ) | **CASE NO. 1:01 CR 515** |
| | ) | |
| **Plaintiff,** | ) | |
| | ) | |
| **vs.** | ) | **Judge Peter C. Economus** |
| | ) | |
| **ALINE GUYTON,** | ) | |
| | ) | |
| **Defendant.** | ) | **ORDER** |

On May 21, 2002, the Court sentenced the Defendant to thirty-three months imprisonment, followed by three years of supervised release for being a felon in possession of a firearm, a Class C felony. Her supervised release commenced on November 29, 2004.

On or about January 19, 2007, the Defendant's probation officer submitted a violation report alleging a violation of the terms of supervised release:

(1) Illicit Use of Drugs - 11/09/2006, 11/21/2006 and 12/01/2006, the offender submitted a urine specimen that was positive for cocaine use.

On April 4, 2007, the Court referred the matter to Magistrate Judge George J. Limbert to determine whether a summons should issue. The Magistrate Judge issued a summons on April 6, 2007, based on the probation officer's violation report. On the Court's referral, the Magistrate Judge held a hearing on April 18, 2007, issued a Report and Recommendation, and recommended that the Court find that the Defendant violated the terms of her supervised release. See (Dkt. # 34). The Report and Recommendation of the Magistrate Judge is hereby **ADOPTED**.

On April 27, 2007, the Defendant appeared for sentencing. The Court has considered the statutory maximum sentence of two years pursuant to 18 U.S.C. § 3583(e)(3). The Court has also considered the advisory policy statements set forth in Chapter Seven of the United States Sentencing Guidelines prior to imposing sentence. The guideline range is 5-11 months pursuant to U.S.S.G. § 7B1.4(a). Furthermore, the Court has considered the factors for sentencing listed in 18 U.S.C. § 3553(a) and 3583(d).

Based on this Court's review of all relevant factors, the Court hereby orders that the Defendant's supervised release is **REVOKED**, and the Defendant is committed to the custody of the Bureau of Prisons for seven (7) months. The sentence shall be held in abeyance until October 23, 2007 at 10:30 A.M., when the Court will determine whether to implement the sentence. During the interim period, if the Defendant's probation officer reports to the Court that the Defendant is not in compliance with the supervised release conditions, a warrant shall issue and the Defendant shall be immediately taken into custody to serve the sentence. The Defendant shall continue to participate in the outpatient program at Fresh Start, Inc.

**IT IS SO ORDERED**.

 /s/ Peter C. Economus –  April 27, 2007
**PETER C. ECONOMUS**
**UNITED STATES DISTRICT JUDGE**